UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 05-44778-BKC-AJC

In Re:

    Rene Bonilla,

        Debtor.
_____/

## AMENDED MOTION TO DIRECT CLERK TO RETURN ALL FUNDS TO CHAPTER 13 TRUSTEE AND AMENDED MOTION TO MODIFY PLAN, REDIRECT AND/OR REFUND REMAINING FUNDS TO DEBTOR

The debtor, by his/her counsel, respectfully files this **Amended Motion to Direct Clerk to Return All Funds to Chapter 13 Trustee and Amended Motion to Modify, Redirect and/or Refund Remaining Funds to Debtor** and in support therefor states as follows:

1. This case was dismissed per cp 32 on or about June 22, 2006 as debtor no longer needed to proceed as he refinanced the mortgage(s) provided for under the chapter 13 plan. The Debtor moves to set aside the dismissal so that the funds being held by the Clerk and/or Chapter 13 Trustee may be further administered. No funds are necessary to be held by counsel as the dismissal is requested to be set aside solely for purposes of this motion and after the involved may be re-dismissed. Any requirement should be waived herein and in any even the relief requested may be able to be granted even though the case is dismissed.

2. As the debtor refinanced the mortgage held by RTR Properties c/oRTR, Inc, ("Mortgagee"), Mortgagee returned

the funds provided to it by the Chapter 13 Trustee.

3. Such funds in the amount of $4604.35 ($4704.27 with trustee fee) were deposited by the chapter 13 Trustee with the clerk of the Court per cp 38. (see also trustee ledger entries on 9/28/08 for $4604.35 and $99.92 trustee fee)

4. Further funds apparently due to the debtor in the amounts of $1,627 cp 40 were also deposited with the Clerk per cp 40 (see also trusee ledger entries on 10/11/06).

5. Further funds apparently due to the Citimortgage in the amounts of $635.78 ($696.81 with trustee fee) were also deposited with the Clerk per cp 45 (see also trusee ledger entries on 12/11/06 for $635.78 and $61.03 trustee fee).

6. Counsel has moved separatly for a return of a portion of these funds to the Trustee and for payment of the involved awarded counsel's fees in the amount of $1538.65 or $1692.51 including trustee's fee.

### Trustee Advised Not to Proceed by Affidavit

7. The Clerk has previously advised counsel that the "affidavit" form and process is not applicable to the situation herein as that form and process is used by a creditor to retrieve its own money--not in a situation where the funds are being redirected and refunded to the debtor.

8. The clerk is in summary requested to return to the trustee the sum of $7,028.08.

WHEREFORE, debtor respectfully prays moves to

1. Direct Clerk to Return All Funds to Chapter 13 Trustee apparently in the amount of $7,028.08,

2. Moves to Modify the Plan, Redirect the Payments and/or Refund Remaining Funds so that the funds being returned to the Chapter 13 Trustee will be refunded to the debtor except for administative fees to counsel and the trustee otherwise due,

3. For such further relief consistent with this request for relief.

4. Counsel moves for approval of the above cost reimbursement,

Respectfully submitted,

JORDAN E. BUBLICK, P.A.
Attorney for the Debtor
11645 Biscayne Blvd., Suite 208
Miami, FL  33181
Tel: (305) 891-4055
By: _____
    Jordan E. Bublick

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served upon all parties on attached list, this 17 day of _____, 2007.

_____
Jordan E. Bublick

ba16.50

Nancy Herkert, Trustee
P.O. Box 279806
Miramar, FL  33027                by nef

Ass't US Trustee
51 SW 1st Ave., 12th Fl.
Miami, FL  33130                  by nef

Rene Bonilla
8851 NW 119th St., #6202
Hialeah Gardens, FL  33018

RTR Properties c/oRTR, Inc.
1750 Regal Row, #120
Dallas, TX  75235

Citimortgage, Inc.
Bankruptcy Dept.
P.O. Box 9481
Gaithersburg, MD  20898