

## ORDERED in the Southern District of Florida on April 30, 2007.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 05-44778-BKC-AJC

In Re:

    Rene Bonilla,

        Debtor.
_____/

### ORDER GRANTING AMENDED MOTION FOR PAYMENT OF BALANCE OF ATTORNEY FEES AND MOTION TO DIRECT CLERK TO RETURN FUNDS TO TRUSTEE

The Amended Motion for Payment of Balance of Attorney Fees and Motion to Direct Clerk to Return Funds to Trustee came before the Court this 26th day of April, 2007. Based on the record, the Court it is

ORDERED that:

1. The Clerk of the Court is directed to forward the following amounts out of the funds she is holding:

a. The sum of $1,538.65 to Jordan E. Bublick at 11645 Biscayne Blvd., Suite 305A, Miami, Florida 33181 for the balance due for attorney fees and costs.

b. The sum of $5,489.43 or the remaining balance on hand to the debtor, Rene Bonilla, 8851 NW 119th St., #6202, Hialeah Gardens, FL 33018.

# # #

Submitted By:

Jordan E. Bublick
Attorney for Debtor(s)
11645 Biscayne Blvd., Suite 305A
Miami, FL 33181
Tel. (305) 891-4055
Fax. (305) 891-4038
E-mail - jbublick@bublicklaw.com


Copies Furnished To:

Jordan E. Bublick
Attorney for Debtor(s)
11645 Biscayne Blvd., Suite 305A
Miami, FL 33181

(Atty. Bublick is directed to serve a copy of this order on all creditors and interested parties listed below upon receipt of this order)

Rene Bonilla
8851 NW 119th St., #6202
Hialeah Gardens, FL 33018

Nancy Herkert, Trustee
P.O. Box 279806
Miramar, FL 33027